Argued July 26, affirmed July 26, petition for rehearing denied
August 23, petition for review denied November 21, 1972

STATE OF OREGON, *Respondent, v.* PAUL
THOMAS JACKSON (No. 71-179C), *Appellant.*

498 P2d 835

*J. Marvin Kuhn,* Deputy Public Defender, Salem,
argued the cause for appellant. With him on the brief
was Gary D. Babcock, Public Defender, Salem.

*Thomas H. Denney,* Assistant Attorney General,
Salem, argued the cause for respondent. With him on
the brief were Lee Johnson, Attorney General, and
John W. Osburn, Solicitor General, Salem.

Before SCHWAB, Chief Judge, and LANGTRY and
THORNTON, Judges.

AFFIRMED FROM THE BENCH.